## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Michelle A. Kunza, | Civil No. 12-2204 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Messerli & Kramer, P.A., RAB Performance Recoveries, LLC, | |
| Defendants. | |

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: September 12, 2012

                                                               s/Richard H. Kyle
                                                               RICHARD H. KYLE
                                                               United States District Judge